IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD CANATELLA,

    Plaintiff,

  v.

KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP, STEVEN H. HERMAN; JAMES KRIEG; JUSTIN FIELDS; ALLISON LANE COOPER; JAYNE KIM; ALLEN BLUMENTHAL; SYED MAJID,

    Defendants.

No. C 11-05535 WHA

**ORDER REGARDING MARCH 8 HEARING**

At the hearing on March 8, 2012, the parties should be prepared to explain what conduct led State Bar defendants to investigate plaintiff. The parties will be asked to discuss how plaintiff may have been disrespectful to, lied to, or misled judges, or acted incompetently in court.

**IT IS SO ORDERED.**

Dated: March 1, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE