1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10

RICHARD CANATELLA,

11

Plaintiff,                                         No. C 11-05535 WHA

12

v.

13

KRIEG, KELLER, SLOAN, REILLEY &                    **JUDGMENT**
ROMAN LLP, STEVEN HERMAN; JAMES

14

KRIEG; JUSTIN FIELDS; ALLISON LANE
COOPER; JAYNE KIM; ALLEN

15

BLUMENTHAL; SYED MAJID,

16

Defendants.

17

_____/

18

For the reasons stated in the accompanying order dismissing this, **FINAL JUDGMENT**

19

**IS HEREBY ENTERED** in favor of defendants Jayne Kim, Allen Blumenthal, and Syed Majid

20

against plaintiff.  The Clerk **SHALL CLOSE THE FILE**.

21
22

**IT IS SO ORDERED.**

23
24

Dated:  March 13, 2012.

25

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

26
27
28

United States District Court
For the Northern District of California