IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD CANATELLA,

    Plaintiff,

v.

KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP, STEVEN HERMAN; JAMES KRIEG; JUSTIN FIELDS; ALLISON LANE COOPER; JAYNE KIM; ALLEN BLUMENTHAL; SYED MAJID

    Defendants.

No. C 11-05535 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Krieg, Keller, Sloan, Reilley & Roman, LLP, Steven Herman, James Krieg, Justin Fields, and Allison Lane Cooper against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: March 13, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE